# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

ALBERT W. CALLWOOD )
MARIA DE LOS A. CALLWOOD )
                Plaintiffs )

                CIVIL No. )
VS.            2018-4 )
JOHN deJONGH, JR. )
DARRYL SMALLS )
ISLAND ROADS CORPORATION )
GOVERNMENT OF THE U. S. VIRGIN ISLANDS )
CURTIS V. GOMEZ, DISTRICT COURT JUDGE )
GLENDA L. LAKE, CLERK OF COURT )
                Defendants )

# VIOLATIONS OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA

**COMES NOW,** The Government of the United States Virgin Islands has their own property and roadway (which is approximately 110 feet long and 20 feet wide) that is bordering and touching Albert and Maria Callwood private real estate properties. This Government roadway leads into and connect to a "private dead-end one-lane dirt-road" where four (4) or five (5) private homes are located and situated. For

four (4) years this Government roadway has been dilapidated, in disrepair, neglected, dysfunctional and prohibited from being used. Instead of the Defendants, the Government of the United States Virgin Islands, and the residents who lives in that area repairing and fixing their own access property roadway, they have decided "without probable cause" to unconstitutionally – unreasonable seize, confiscate, take possession and steal substantial portions of Albert and Maria Callwood valuable hillside private real estate properties for their access roadway.

On January 23, 2014 (4 years ago) Governor John deJongh, Jr., Public Works Commissioner, Darryl Smalls, and the Government of the United States Virgin Islands hired a surveyor and Island Roads Corporation with job-work instructions, official approval, authorization and command to go and commit the crime and acts of trespassing, forcefully entering, unreasonable seizure and confiscation of Albert and Maria Callwood private real estate properties. And quickly create and construct an unlawful and unconstitutional roadway – passageway on Plaintiffs, Albert and Maria Callwood, valuable hillside private real estate properties, without our consent and against our opposition and objections.

Defendants and the Government of the United States Virgin Islands acting as an "actual agency and principal" employed

2

the independent surveyor and the entity Island Roads Corporation as agents and guided, instigated and authorized them to perform and act wrongfully, by forcefully and criminally entering, trespassing and unreasonable seizing Albert and Maria Callwood private real estate properties with order to purposely construct an unconstitutional and illegal roadway - passageway on their behalf, behest and under their control, on Albert and Maria Callwood land. Thereby, abusing the powers of office with their unlawful, unconstitutional, improper, unfair, excessive and abusive use of power and abusive use of authority.

The Defendants, as public officials, were bound by the oath they took to support and uphold the United States Constitution. Therefore, they did not have "discretionary powers" of free decision or latitude of choice to act unconstitutionally and make decisions based on their own whim, judgment and conscience that were contrary, conflicts with and differs from the United States Constitution and United States laws. "The United States Constitution and United States laws and treaties are the supreme (highest) laws of the land. Any state constitution or any state law that conflicts with (differs from) the United States Constitution or United States laws or treaties cannot be enforced. States judges and federal judges must uphold this in state courts and federal courts."

Consequently, since that time, the Government of the United States Virgin Islands and Defendants have been denying and depriving law-abiding United States citizens, Albert and Maria Callwood, of economically viable use, of enjoyment, and of beneficial use of our private real estate properties with their unreasonable seizure, unlawful possession, illegal utilization and unconstitutional control over our properties.

The extent of damages and losses Albert and Maria Callwood sustained and suffered as a result of Defendants and the Government of the United States Virgin Islands unconstitutional and unlawful actions are shown in the following Exhibits Photographs: Evidentiary Facts Exhibits Photos Nos. 1, 2, 3, 4 and 5 show Island Roads Corporation heavy-duty excavating earth-moving "backhoe" equipment in the destructive beginning process of gutting, cutting and constructing the unlawful – illegal roadway on Albert and Maria Callwood private real estate properties. These five (5) Exhibits Photos show Island Roads Corporation unlawfully entering, criminally trespassing, gutting and cutting our properties. To gain entrance they destroyed, disposed of and got rid of our costly expensive "Perimeter Security Protection Chain-Link Fencing" and our once naturally beautiful land – property.

Evidentiary Facts Exhibits Photos Nos. 6 and 7 are showing Island Roads Corporation heavy-duty earth-moving

"bulldozer" equipment that was utilized in the beginning construction process of creating, making and constructing the unconstitutional, unlawful and illegal roadway – passageway on Albert and Maria Callwood private real estate properties.

Evidentiary Facts Exhibits Photos Nos. 8, 9, 10, 11 and 12 show the unconstitutional, unlawful and illegal roadway – passageway that Island Roads Corporation, Defendants and the Government of the United States Virgin Islands wrongfully and forcefully created and constructed on Albert and Maria Callwood private real estate properties. Consequently, defrauding, depriving and denying Albert and Maria Callwood of our rightful intended usage of our properties and causing us lost and delayed opportunity investment and damages.

The purpose of this Civil Lawsuit Case is to EVICT and remove the Government of the United States Virgin Islands and Defendants from continuing trespass, wrongfully SQUATTING, and unlawfully holding possession and occupation of Plaintiffs, Albert and Maria Callwood, valuable private real estate properties Nos. 6A-18 and 6A-19 Lilliendahl & Marienhoj, St. Thomas, United States Virgin Islands.

This suit represents an official and formal legal filing of "EVICTION NOTICE" commanding the Government of the

United States Virgin Islands and Defendants to relinquish control, vacate, give-up and leave the occupancy and possession of Albert and Maria Callwood private real estate properties.

This sue is to bring legal actions to "revendicate" and to enforce Plaintiffs, Albert and Maria Callwood, rights in our properties for the recognition of ownership and the recovery of possession from the Government of the United States Virgin Islands and Defendants, who are wrongfully withholding and unconstitutionally and unlawfully in occupation and possession of Plaintiffs properties.

The Government of the United States Virgin Islands and Defendants have been SQUATTING, enjoying, exploiting and utilizing Albert and Maria Callwood private real estate properties in the services and activities of a roadway – passageway for the past four (4) years, without right or title.

A "SQUATTER is one who occupies real property without a claim of right or title. A SQUATTER cannot gain title to land through adverse possession because adverse possession requires possession of the property under a claim of right or color of title."

In direct violation of The Constitution of the United States – citizens' Bill of Rights – AMENDMENT 4, the Government

of the United States Virgin Islands and Defendants on January 23, 2014 forcefully entered, unreasonable seized and took unlawful possession of large section-portion of Albert and Maria Callwood valuable private real estate properties, against our opposition and objections.

Merriam-Webster's Dictionary of Law defines "possession" as "the act, fact, or condition of having control of something: control or occupancy of property."

The Government of the United States Virgin Islands and Defendants have the following unconstitutional, unlawful and illegal possessions, control and occupancy of Plaintiffs, Albert and Maria Callwood, valuable hillside private real estate properties:

ACTUAL POSSESSION: "Direct occupancy, use and control of real property (have actual possession of the land despite a lack of legal title)."

ADVERSE  POSSESSION: "Actual possession of another's real property that is open, hostile, exclusive, continuous, adverse to the claim of the owner, often under a claim of right or color of title, and that may give rise to title in the possessor if carried out for a specified statutory period (as ten years)."

HOSTILE  POSSESSION:  "Possession (as in adverse possession) that is antagonistic (in opposition) to the claims of all others (as a record owner) and that is carried out with the

intention to possess the property exclusively, long-term and continuously."

NOTORIOUS    POSSESSION: "Possession (as in adverse possession) that is so conspicuous that it is generally known by people in the vicinity of the property and so give rise to a presumption that the owner has notice it."

OPEN    POSSESSION: "Possession exposed to general view and knowledge: free from concealment and open, notorious, continuous, and adverse use of the property."

TENANCY    POSSESSION: "The temporary possession or occupancy of property that belongs to another." "The holding of or mode of holding an estate in property."

HOLDOVER    TENANCY    POSSESSION:    "A    tenancy possession that arises when one remain in possession of property after the expiration of the stated time period for leaving." "One who holds over in possession of property after the expiration of a term of years." The Government of the United States Virgin Islands and Defendants have defaulted failed and refused to vacate, relinquish control, give-up and leave the possession, occupancy and the roadway utilization services of Albert and Maria Callwood valuable private real estate properties as they stated and promised that they would terminate and end in three (3) years.

In direct violation of The Constitution of the United States of America — citizens' Bill of Rights - AMENDMENT  13, the Government  of  the  United  States  Virgin  Islands  and

8

Defendants forcefully have law-abiding United States citizens, Albert and Maria Callwood, in perpetual involuntary servitude: the state of being slaves.

**SERVITUDE:** "A condition in which an individual lacks liberty especially to determine his or her course of action or way of life."

**PROPERTY SERVITUDE:** "A condition by which property owned by one person is subject to a specified use or enjoyment of another."

**APPARENT SERVITUDE:** "A predial servitude whose existence is perceivable by exterior signs or works (as a road) on the property."

**PERSONAL SERVITUDE:** "A servitude that burdens property in favor of a specific named person."

**PREDIAL SERVITUDE:** "A servitude that burdens one item of immovable property (as a tract of land) in favor of another."

**WORK SERVITUDE:** An involuntary servitude condition that coerced, compelled and forced Albert and Maria Callwood and our private real estate properties to furnish, supply, render, submit, perform and provide roadway services and litigation legal attorney work "against our will" in order to defend and protect ourselves, our valuable private real estate properties, and our United States Constitution Rights, Privileges and Immunities from and against the

Government of the United States Virgin Islands and Defendants unconstitutional, unlawful and illegal laws.

AMENDMENT 13. of the United States Constitution SECTION 1. emphatically states that, "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been dully convicted, shall exist within the United States, or any place subject to their jurisdiction." SECTION 2. states that, "Congress shall have power to enforce this article by appropriate legislation."

Plaintiffs, Albert and Maria Callwood, have the following "ownership title" of our private real estate properties:

OWNERSHIP TITLE: "The means or right by which one exclusively owns or possesses property; broadly: the quality of ownership as determined by a body of facts and events."

CLEAR TITLE: "Title that exists free of claims or encumbrances on the property (have clear title to the land)."

GOOD TITLE: "Title to property (as a negotiable instrument or real property) that is valid in fact or law or beyond a reasonable doubt."

LEGAL TITLE: "Title that is determined or recognized as constituting formal or valid ownership."

MARKETABLE TITLE: "Title that is subject to no reasonable doubt as to its validity or freedom from encumbrance and that can be reasonably sold, purchased, or mortgaged."

RECORD   TITLE:  "Title shown on the public record." Proof of payment of real property taxes by property owner shown at the Lt. Governor Tax Assessor's Office. (See Evidentiary Fact Exhibit No. 13 and Exhibit No. 14). Albert and Maria Callwood DO NOT owe the Government of the United States Virgin Islands any delinquent - past due – outstanding bill.

UNIVERSAL   TITLE:  "Title such as an instrument (as a deed) that is evidence of ownership: Certificate of Title (paid taxes and title fees)."

JUST  TITLE:  Title and land acquired by cash purchases of our properties in good faith, by lawful purchases and are well documented and properly recorded.

Albert and Maria Callwood are the exclusive and absolute rightful and legal owners of real estate properties Nos. 6A-18 and 6A-19 Estate Lilliendahl & Marienhoj, St. Thomas, United States Virgin Islands.  Albert and Maria Callwood invested our hard-earned cash and paid $42,750.00 (Forty-Two Thousand Seven Hundred Fifty Dollars) to purchase and acquire our private real estate properties many years ago:

|  |  |  |  |
|---|---|---|---|
| In 1978 we purchased 6A-19 for | $15,750.00 |
| In 1987 we purchased 6A-18 for | $24,000.00 |
| We paid Attorneys Closing Fees | $3,000.00 |
| Total Cash Paid | $42,750.00 |

ORIGINAL WRIT: "A writ is a vital official instrument issued by a court as the means of bringing a suit and defendant before the court. A plaintiff commenced a suit at law by choosing the proper form of action and obtaining a writ appropriate to the remedy sought; it issuance forced the defendant to comply or to appear in court and defend. Writs were also in constant use for financial and political purposes of Government."

"WRIT – OF - RIGHT is a common-law writ used to restore property held by another to its rightful owner."

This Civil Lawsuit represents an official and formal legal filing of a "WRIT – OF - RIGHT" by Plaintiffs, Albert and Maria Callwood, to restore, regain and recover control and possession of our private real estate properties that are currently being unlawfully held, possessed, controlled, occupied and utilized by the Government of the United States Virgin Islands and Defendants. "WRIT - OF – RIGHT" is hereby officially and formally filed against the Government of the United States Virgin Islands and Defendants commanding them to cease, discontinue, stop, terminate and end the criminal trespassing, squatting, possession, occupation, controlling, withholding and utilization services of Albert and Maria Callwood valuable private real estate properties.

An "EXTRAORDINARY WRIT" and a "PREROGATIVE WRIT" are hereby officially and formerly filed against the Government of the United States Virgin Islands and Defendants. This suit represents an official and formal legal filing of an "EXTRAORDINARY WRIT" and a "PREROGATIVE WRIT" over the officials and executive officers of the Government of the United States Virgin Islands and Defendants commanding them to evacuate, to withdraw from Albert and Maria Callwood private real estate properties, relinquish control, vacate, give-up and leave the occupancy and possession of our properties.

The objectives and goals of this suit are to "NOTIFY" Defendants and the Government of the United States Virgin Islands that due to their defaults and failures to appear and defend in the Federal District Court of the Virgin Islands for the Scheduled Pretrial Status Conference Hearings on May 29, 2015, and on December 22, 2016 respectively, and for NOT attending the Scheduled Federal District Court TRIAL on February 21, 2017, a MOTION FOR JUDGMENT ON THE PLEADINGS, an ENTRY OF DEFAULT JUDGMENT, a JUDGMENT BY DEFAULT, and a DEFAULT JUDGMENT against the Defendants for the relief demanded in the complaints are hereby legally, officially and formally filed in this Federal District Court in order to enforce and carry into execution the United States

Constitutional Laws and the Federal Rules of Civil Procedure Laws.

The main purpose of this sue is to respectfully request of this Federal District Court to issue an order, ruling and a motion for "DECREE PRO CONFESSO" and "DEFAULT JUDGMENT" against the Government of the United States Virgin Islands and Defendants. "A DECREE PRO CONFESSO is entered by a court based on a defendant's default and the presumption that the allegations are confessed – compare default judgment." "DEFAULT JUDGMENT: A judgment entered by a court after an entry of default against a party for failure to appear, to file a pleading, or to take other required procedural steps – called also JUDGMENT – BY – DEFAULT; compare DECREE PRO CONFESSO."

Albert and Maria Callwood are also respectfully seeking and asking this Federal District Court for a "DECLARATORY JUDGMENT." A judgment declaring a right to "all" of our valuable hillside private real estate properties and establishing the legal status and interpretation of the law that the regulation, possession, occupation, withholding and utilization services actions by Defendants and the Government of the United States Virgin Islands of Albert and Maria Callwood properties are unconstitutional and unlawful.

This Civil Lawsuit Case represents an official and formal legal filing of a "WRIT - OF - DEBT - EXECUTION" to enforce the "DECREE PRO CONFESSO" and "DEFAULT JUDGMENTS" (as by paying the damages) for defaults, forfeitures, failures and loss of Defendants legal rights due to NOT attending previously Scheduled Pretrial Conference Status Court Hearings in the Federal District Court on May 29, 2015 and on December 22, 2016 in litigation Civil Lawsuit Court Cases Nos. 2014-08 and 2014-09, respectively; and for NOT attending the Scheduled Federal District Court TRIAL on February 21, 2017. Albert and Maria Callwood are demanding legitimate compensation and remuneration for accruing "user fees and service fees" for the coerced, compelled and forced commercial roadway occupation, utilization services and activities of Albert and Maria Callwood private real estate properties, for involuntary servitude litigation attorney fees and for the Lawsuits Amounts Demand.

In accordance with "The Steps in Federal Rules of Civil Procedure" (1) pleading, (2) discovery, (3) TRIAL AND JUDGMENT, and (4) conclusion of litigation, on December 28, 2016, the United States Magistrate Judge Ruth Miller order scheduled Civil Court Case No. 2014-09 TRIAL to held on February 21, 2017 at 11:00 a. m. (See Evidentiary Fact Exhibit No. 18)

"TRIAL is the hearing and deciding of a case in a court of law." On February 21, 2017, the day of the scheduled TRIAL for Plaintiffs, Albert and Maria Callwood, the Federal District Court, Curtis V. Gomez, District Court Judge, and Glenda L. Lake, Clerk of Court, committed the crime and act of "OBSTRUCTION - OF - JUSTICE" by willfully interfering with the process of justice and law by harming, impeding, dismissing and stopping "the lawfully scheduled TRIAL" by creating and furnishing irrelevant, fake, falsified, bogus, fraudulent information and documentations. And then subsequently dismissing their own fraudulent, bogus, fake, sham, falsified documents. Consequently, harming, impeding, stopping and preventing the lawful TRIAL, legal process, and proceeding from happening. "PROCEEDING: A particular step or series of steps in the enforcement, adjudication, or administration of rights, remedies, laws, or regulation: as (a): an action, hearing, TRIAL, or application before the court."

Albert and Maria Callwood initial filing of Lawsuits Civil Court Case No. 2014-09, and the District Court scheduling documentation dated December 28, 2016 show the proper Defendants and original parties as:

    Government of the U. S. Virgin Islands
    Governor John deJongh, Jr.
    Darryl Smalls, Public Works Commissioner
    Island Roads Corporation

(See Evidentiary Fact No. 18).

Federal District Court Judge, Curtis V. Gomez, and Glenda L. Lake, Clerk of Court, unlawfully altered, fraudulently made different and improperly substituted and changed the Defendants to:

> Island Roads Corporation
>
> Government of the Virgin Islands
>
> Gustav James, Public Works Commissioner
>
> Kenneth Mapp, Governor.

They improperly and fraudulently falsified, altered, substituted and exchanged the Defendants names. Thereby, giving false identities and different characteristics to Federal District Court documents. They created the fraudulent, fake, bogus, sham documents on the day of the TRIAL and tried to "passed-them-off" and "mailed them through the U. S. Postal Service" as being genuine – authentic and made earlier with intent to deceive Albert and Maria Callwood and defeat justice.

Albert and Maria Callwood Lawsuit Civil Court Case No. 2014-09 was filed and initialed against Defendants, Governor John deJongh, Jr. and Darryl Smalls, Public Works Commissioner (who committed and instigated the crime of criminally trespassing, unlawful entry and constructing an unconstitutional – illegal roadway on Albert and Maria Callwood private real estate properties) while they were still in their governmental positions and capacities.  Albert and

Maria Callwood did NOT filed any lawsuit against new-Governor Kenneth Mapp nor against the then-new-Public Works Commissioner, Gustav James, who was subsequently fired and dismissed from his governmental position as Public Works Commissioner.

The Federal Rules of Civil Procedure Rule 25 that they utilized against Albert and Maria Callwood and made reference to as their justification for engaging in the criminal act OBSTRUCTION – OF- JUSTICE, of interfering, impeding, stopping and dismissing our TRIAL deals with and relates to "DEATH" of a party. Nevertheless, "An action does not abate (does not end or do away with) when a public officer who is a party in an official capacity dies, resigns, or otherwise cease to hold office while the action is pending."  They improperly and wrongfully used Federal Rule of Civil Procedure 25 because that rule and procedure relates to and deals with the "DEATH OF A PARTY" BUT NO PARTY DIES.  Therefore, Procedure Rule 25 is irrelevant, meaningless and not applicable or pertinent to Albert and Maria Callwood case TRIAL because: (a) No party dies. (b) No party becomes incompetent. (c) There is no transfer of interest. (d) "AN ACTION DOES NOT ABATE (END OR DO AWAY WITH) when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending." "The officer's successor is automatically substituted as a party." Consequently, Albert

and Maria Callwood Lawsuit Civil Court Case 2014-09 should have proceeded to a TRIAL – and - JUDGMENT and to a CONCLUSION - OF - LITIGATION on February 21, 2017 in accordance with the "The Steps in Federal Rules of Civil Procedure." At that time, Lawsuit Civil Court Case 2014-09 had been pending in the Federal District Court for three (3) long years.

In evidentiary fact attached (see Exhibits Nos. 19 and 20) Curtis V. Gomez, District Court Judge, and Glenda L. Lake, Clerk of Court, stated that they DISMISSED Albert and Maria Callwood TRIAL for - "As the Court has explained, it does not have jurisdiction to hear such matters" - "Accordingly, the Callwoods' complaint in this matter will be dismissed for want of jurisdiction." These preceding statements by District Court Judge Gomez are fraudulent, false, bogus and erroneous statements and OBSTRUCTION – OF – JUSTICE. After having Albert and Maria Callwood "Constitutional Violations Civil Lawsuits Cases" pending in Judge Gomez District Court for three (3) years, Judge Gomez on the day of the supposedly and expected TRIAL abruptly DISMISSED the scheduled TRIAL "WITHOUT PROBABLE CAUSE" by stating that, "his Court does not have jurisdiction." That is a fraudulent and false statement made by Judge Gomez.

The United States Constitution emphatically states that Federal District Courts have JURISDICTION (power of judgment over cases) concerning all matters mentioned in the United States Constitution. "The Constitution of the United States – ARTICLE III. THE JUDICIAL (law interpreting) BRANCH   SECTION I. The Federal Courts: "The judicial power (power to hear and judge cases) is vested in (given to and held by) the Supreme Court of the United States and such inferior courts (courts lower than the Supreme Court) as Congress may ordain (order) and establish (set up).  At the present time there are three regular federal courts (courts that hear criminal and CIVIL cases):

1. The Supreme Court
2. The United States Court of Appeals
3. The United States District Courts

SECTION  2.  JURISDICTION (power of judgment over certain cases) of the Federal Courts: The judicial power of the federal courts includes all cases of law - CRIMINAL cases (cases concerning law-breakers) CIVIL cases (cases concerning disputes or disagreements between parties), and cases of EQUITY (cases concerning asking for court action to prevent some wrong or end some wrong being done) mentioned in the UNITED STATES CONSTITUTION; mentioned in the Laws of the United States; as well as mentioned in the Federal Rules of Civil Procedure."

"The United States Federal Courts - Judicial Branch - may be called upon to interpret (explain) a federal, state, or local law, and decide whether or not it is constitutional. No federal court ever declares a law unconstitutional (against what is said and mentioned in the United States Constitution." As Plaintiffs, Albert and Maria Callwood, have stated many times in this sue, Defendants and the Government of the United States Virgin Islands are directly violating Albert and Maria Callwood private property ownership rights (a direct violation of our 4th AMENDMENT RIGHTS) and violating our Constitutional Rights, Privileges and Immunities and our equal protection of the law (direct violations of our 14th AMENDMENT RIGHTS).

REAL PARTY IN INTEREST: "A party who according to the applicable law is entitled to enforce the right that forms the basis of the claim regardless of who will actually benefit by the outcome. Federal Rule of Civil Procedure 17 (a) requires that, "ever action shall be prosecuted in the name of the real party in interest." "INTEREST is a right, title, claim, or share in property."

On the day of the scheduled TRIAL (February 21, 2017) approximately 10:30 a. m. Albert W. Callwood and my son Alberto R. Callwood (the heir who will inherit our properties) entered the Federal District Court Building. Upon our arrival, the first thing that we did were to check the two (2)

21

courtrooms billboards (signboards) outdoor each courtroom for posting notice of our case and names, Albert and Maria Callwood. We noticed that contrary to the normal court procedural rules and regulations there was no scheduled court case posting showing Albert and Maria Callwood names. Immediately after Albert W. Callwood and my son Alberto R. Callwood presented and introduced ourselves to the Clerk of Court and announced that we were there for the scheduled Civil Court Case No. 2014-09. The Clerk of Court then informed us that there will "NOT BE A TRIAL" for Albert and Maria Callwood because the case was abruptly dismissed. And we were given the fraudulent – bogus – falsified - sham Federal District Court documents. (See Exhibits Nos. 19 and 20 enclosed showing these OBSTRUCTION – OF – JUSTICE documents). The Clerk of Court stated and mentioned to us that identical and exact documents were sent to us in the mail.

After Albert W. Callwood and my son Alberto R. Callwood left the Federal District Court we went directly to the Post Office to see what correspondence the Clerk of Court was referring to. There was nothing in our P. O. Box on February 21, 2017. Upon checking our P. O. Box on February 23, 2017, we found in it the Documentary Evidentiary Fact Exhibit No. 21 - Postal Service document stating AVAILABLE FOR PICK-UP "AFTER" FEBRUARY 22, 2017. THAT IS TWO (2) DAYS "AFTER" THE

SCHEDULED DATE OF THE TRIAL. Curtis V. Gomez, District Court Judge, and Glenda L. Lake, Clerk of Court, fraudulently created the falsified - fake – bogus – sham – documents on the day of the TRIAL and attempted to unlawfully "PASSED-THEM-OFF" as being made earlier in their effort to swindle, deceive, trick and defraud Plaintiffs, Albert and Maria Callwood, and defeat justice and the law.

The Federal District Court, Curtis V. Gomez, District Court Judge, and Glenda L. Lake, Clerk of Court, mailed the fake-falsified – fraudulent documents after the court case TRIAL time, after Albert W. Callwood and my son Alberto R. Callwood made our appearance and attendance at the Federal District Court. They mailed the fraudulent – bogus-false documents through the United States Postal Service in their sham - fake attempt to make the dismissal documents appear, look and seem legitimate, genuine, credible and authentic, when in fact they are unconstitutional, unlawful, illegal, falsified and fraudulent documents.

The foregoing is felony mail fraud, felony obstruction – of - justice, judicial misconduct and official misconduct done with malice and criminal intent to defraud, deceive and directly violate Albert and Maria Callwood United States Constitutional Rights and Privileges to a fair TRIAL. Thereby, causing us additional damages, losses, harm and injuries. My son Alberto R. Callwood left his employment in

the United States, spent his hard-earned money, and flew to St. Thomas to be my advisor, supporter and my witness to the TRIAL.

Plaintiffs, Albert and Maria Callwood, are accusing and charging Curtis V. Gomez, District Court Judge, and Glenda L. Lake, Clerk of Court, with accessory to FELONY OBSTRUTION – OF – JUSTICE for interfering, dismissing, stopping, abating and putting an end to a lawfully scheduled court case TRIAL in attempt to defeat justice and the law. The accusation and charges include the creation and preparation of fraudulent and bogus Federal District Court documents and for allowing improper and malicious deviation from the United States Constitution Laws, that they took an oath or affirmation to support and uphold. And for allowing improper and malicious deviation from The Steps in Federal Rules of Civil Procedure four well-defined phases: (1) pleadings, (2) discovery, (3) TRIAL and JUDGMENT, and (4) conclusion of litigation. They provided and permitted their names and Federal District Court titles and official positions to be associated, connected, involved and utilized in aiding, abetting and assisting in the falsification and fraudulent production of Federal District Court documentations. That is collusion, conspiracy, corruption and fraud done with intent to defeat justice and the law.

They violated the United States Constitution and their oath-of-office when they falsified court documents and unconstitutionally and unlawfully substituted and switched the accused Defendants (former) Governor John deJongh, Jr. and (former) Public Works Commissioner, Darryl Smalls for new-Governor Kenneth Mapp and the then-new-Public Works Commissioner, Gustav James, on court documents. And then subsequently dismissing their fraudulent and bogus documents. Thereby, denying and depriving Albert and Maria Callwood of our Constitutional Rights and Privileges to a fair TRIAL in court based on their own fraudulent – sham documents.

Curtis V. Gomez, District Court Judge, and Glenda L. Lake, Clerk of Court, gave encouragement, instigation and support to the fraud and deceit by adding a "STAMP – SEAL" with their names and position titles on the fraudulent – bogus – fake documents to make them appear, look and seem as legitimate, lawful, legal and having authenticity and genuineness, when in fact they are fraudulent – deceptive – falsified documents. Plaintiffs are accusing and charging these Defendants with ABUSE OF DISCRETION for making improper, unfair, excessive and abusive use of the Court authority. For error in judgment by the Court for making a dismissal ruling of a scheduled TRIAL that clearly violates the United States Constitution and Federal Rules of Civil Procedure. For making the dismissal ruling that is

clearly unreasonable, erroneous, arbitrary, bias and not justified by the facts of the case or the law applicable in Albert and Maria Callwood Lawsuit Civil Case.

This Civil Lawsuit Case is holding all the Defendants and the Government of the United States Virgin Islands responsible, obligated, liable and answerable in accordance with the United States Constitution Laws and the Federal Rules of Civil Procedure for the substantial damages and losses coerced, compelled, forced, inflicted and imposed on Plaintiffs. This sue is filed against these Defendants personally, individually, jointly and collectively for their unconstitutional and unlawful actions, role and functions they performed in directly violating and infringing upon Albert and Maria Callwood United States Constitutional Rights, Privileges, Immunities and our private real estate property ownership rights.

Legitimate ACCRUING "Claims for Compensation" is hereby officially and formerly filed and legally initiated against the Government of the United States Virgin Islands and Defendants for the damages and losses they created, inflicted and imposed on Plaintiffs, Albert and Maria Callwood and on our valuable private real estate properties.

"ACCRUAL is 1: The action or process of accruing (claim must be brought within two years of the date of accrual); 2 a: Something that accrues; especially an amount of money that periodically accumulates for a specific purpose; b: Something that has accrued during a specified period."

"ACCRUE 1: To come into existence as an enforceable claim- vest as a right - Plaintiffs should have reasonably known that they have suffered injury. Statutes of limitation begin to run when a cause of action accrues 2: To come by way of increase or addition: arise as a growth or result 3: To be periodically accumulated in the process of time."

"UNITED STATES COURT OF FEDERAL CLAIMS: The U. S. Court of Federal Claims was originally established in 1855 as the Court of Claims. It has original JURISDICTION to render judgment on claims. Examples are claims for compensation for claims arising under construction, supply and service contracts. The demonstrated purpose for the establishment of the court was to relieve Congress of pressure to pass private bills to resolve claims. If the monetary amount of damages is small claims may be settled by the federal executive department involved, but large claims are filed either in the DISTRICT COURTS or in the Court of Federal Claims, which have concurrent (having equal authority) JURISDICTION."

As of today, January 23, 2018,  John deJongh, Jr., Darryl Smalls, Island Roads Corporation, Government of the United States Virgin Islands, Curtis V. Gomez, Federal District Court Judge and Glenda L. Lake, Clerk of Court are $1,449,000.00 (One Million Four Hundred Forty-Nine Thousand Dollars) financially responsible, liable, indebted and obligated to COMPENSATE and REMUNERATE  Albert and Maria Callwood, law-abiding United States citizens, plus restitution, compensatory damages, the LAWSUITS AMOUNTS DEMAND and the return of our entire valuable private real estate properties. For the unconstitutional, unlawful and illegal compelled and criminal forced entry, unreasonable seizures, gutting, cutting, damaging, possessing, controlling, occupying, utilizing, usage and coerce roadway - passageway  services and activities that our valuable private real estate properties are compelled and forced to provide, perform and render daily for the past 1,460 days at (Accruing User Fees Compensation For Services Rate-Price-Charge of $300.00 per day per diem equal $438,000.00 {Four Hundred Thirty-Eight Thousand Dollars} based on use and

services) as a "temporary access roadway - passageway" leading into and connecting to a "private dead-end one-lane dirt-road" where four (4) to five (5) private houses are located and situated:

| | |
|---|---|
| For "User Fees - Service Fees" Bill of Costs | $438,000.00 |
| For "Involuntary Servitude" 42 Months | $500,000.00 |
| For "Involuntary Servitude" 48 Months | $511,000.00 |
| Equal Grand Total Current Bill of Costs | $1,449,000.00 |
| Plus For Lawsuits Amounts Demand | $5,000,000.00 |

The **$500,000.00 (Five Hundred Thousand Dollars)** legitimate claim is for legal attorney litigation fees in the form of "Involuntary Servitude Constitutional Justifiable Compensation Claim" that includes and represents 42 (forty-two) months "prior" litigation legal attorney work and expenditures for thirteen (13) Civil Court Lawsuits Cases filed and litigated in the United States Federal District Court of the Virgin Islands to secure, support, maintain, defend and protect Albert and Maria Callwood, law-abiding United States citizens, Constitutional Rights, Privileges, Immunities and our valuable private real estate properties ownership rights against and from five (5) swindling, cheating attempts cases, unconstitutional, unlawful, unreasonable seizures attempts Civil Court Cases and fraudulent, deceitful, illegal confiscation attempts cases by the Defendants and the Government of the United States Virgin Islands in their

Superior Court. The foregoing "five (5) unconstitutional Civil Court Cases" actions consequently created, made, coerced, compelled, forced, inflicted and imposed obligations, liabilities, duties, responsibilities, requirements, demands, expenditures, Involuntary Servitude litigation work, damages and losses upon Albert and Maria Callwood. The justification for the foregoing "Constitutional Claims for Compensation" is the Constitution of the United States – AMENDMENT 13. which emphatically states that, "Neither slavery nor involuntary servitude (work done against one's will), except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

The **$5,000,000.00 (Five Million Dollars)** Lawsuit Amount Demand is for (1) restitution and reparation, (2) compensatory damages, (3) punitive - exemplary damages, (4) general property destruction, ruin, devaluation damages and losses, (5) special - consequential damages (such as elongated pain and suffering, irreparable harm and injuries, deprivation of properties, unconstitutional, wrongful and unjust acts, inconveniences and "loss of enjoyable - relaxation retirement lifestyle" due to Defendants and the Government of the United States Virgin Islands coercing, compelling and forcing Albert and Maria Callwood to return to work painstakingly, diligently, professionally and reluctantly to perform and accomplish laborious, stressful, demanding,

intensifying, heedful, mindful and time consuming legal attorney litigation work against our will, in order to secure, support, maintain, defend and protect our United States Constitutional Rights and our valuable private real estate properties ownership rights against and from their unconstitutional, unlawful and fraudulent laws).

The **$511,000.00 (Five Hundred Eleven Thousand Dollars)** legitimate claim is for legal attorney litigation fees in the form of "Involuntary Servitude Constitutional Justifiable Compensation Claims" that includes and represents the recent forty-eight (48) months of coerced and compelled costly litigation legal attorney work and expenditures that were essential, necessary and required response in order to lawfully secure, support, maintain, protect and defend our United States of America Constitutional Rights and Privileges and our valuable private real estate properties against and from Defendants and the United States Virgin Islands Government unconstitutional laws, unreasonable seizures violations and unlawful actions, through filing, initiating and litigating Lawsuits Civil Court Cases Nos. 2014-08 and 2014-09 in the United States Federal District Court, from the time period beginning January 23, 2014 to the present-day. Litigated at innumerable, incalculable, countless hours of litigational work – too numerous to be counted: Consequently, bill at "Rate-Price-

Charge" of $350.00 per day X 1,460 days = $511,000.00 for the coerced, compelled and forced litigation "Involuntary Servitude" (work done against one's will) legal attorney work and expenditures.

This recent forty-eight (48) months period of expensive litigation "Involuntary Servitude" legal attorney work, damages and losses were compelled, forced, imposed and inflicted upon Albert and Maria Callwood, law-abiding United States citizens, by the Defendants and the Government of the United States Virgin Islands unreasonable seizures violations, unconstitutional laws, swindle - fraudulent attempts, unlawful and illegal actions in the following ways and manner:

1) By the criminal forced entry into and the unreasonable seizures violations of Albert and Maria Callwood valuable private real estate properties.  Thereby, directly violating, infringing on, and disrespecting the Fourth (4th) and Fourteenth (14th) AMENDMENTS of the United States Constitution.  These criminal actions by the Defendants and the Government of the United States Virgin Islands represent prohibited bill of attainder laws.  ARTICLE 1. - SECTIONS 9 and 10 emphatically say that, "Congress cannot pass and no state shall pass any bill of attainder law."  (A law that punishes a single individual and denies him or her of their

Constitutional Rights, Privileges, Immunities, private property ownership rights or the right to a fair Court TRIAL). These unconstitutional, unlawful, illegal and wrongful actions are swindling felony grand-theft of private properties, unreasonable seizures violations, land-grab infringement, aggravated trespassing, willful and intentional destruction of valuable privately own properties, depredation upon our private properties, encroachment, infractions, pillages, plunder and criminal collusion and conspiracies. Albert and Maria Callwood are the exclusive, legal, lawful and absolute rightful owners of Real Estate Properties Nos. 6A-18 and 6A-19 Estate Lilliendahl and Marienhoj, St. Thomas, United States Virgin Islands. And no part or portion of Albert and Maria Callwood 1.25 acreage of land is for sale. Our entire private real estate properties are for our family personal and private enjoyment, for our personal rights to use and for our posterity (future generations and descendants).

2) Defendants and the Government of the United States Virgin Islands caused and created substantial property and financial damages and losses to Albert and Maria Callwood through unreasonable seizure of a sizeable portion of our properties, unconstitutional gutting and cutting of our properties, prolonged deprivation of properties, prolonged unlawful and illegal occupation of our properties, possession, controlling, daily utilization services and forcefully withholding of our valuable private real estate properties against our will,

objections, and opposition, and without compensation. Consequently, directly violating the United States Constitution – AMENDMENT 4. which emphatically states, "The right of the people to be secure in their person, house, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the person or thing to be seized." For the past four (4) years Defendants and the Government of the United States Virgin Islands have been denying and depriving Albert and Maria Callwood, law-abiding United States citizens, of our valuable private real estate property ownership rights and of our United States Constitution Rights, Privileges and Immunities. According to the supreme law of the land, the United States Constitution, (citizens' Bill of Rights) "private property ownership rights" are "citizens' fundamental rights" (4th Amendment) that must always be secured, protected and defended from and against unreasonable seizures and shall not be violated.

3) The Defendants and the Government of the United States Virgin Islands unconstitutional, unlawful and illegal gutting and cutting of Albert and Maria Callwood land caused detrimental structural and terrain damages and losses and alteration to our valuable properties by creating a "dangerous steep cliff drop-off embankment on our properties." The

large "yellow concrete street barriers" that are presently illegally 'SQUATTING" (without right or title) on our land and possessing and occupying our properties in the Exhibits Evidentiary Facts Photographs were placed on Albert and Maria Callwood private real estate properties by the Defendants and the Government of the United States Virgin Islands at the time that they damaged our properties in order to prevent the utilizing - users vehicles from falling over or going over the "dangerous steep cliff drop-off embankment" that they created. Without a warrant or probable cause, Defendants unlawfully entered Albert and Maria Callwood properties and unreasonable seized our land, destroyed our expensive perimeter protection chain link wire fences in our lower area, damaged, stole, removed, took and carried away huge amounts of truckloads of (our) valuable farming top-soil, earth, stones and rocks material from Albert and Maria Callwood private real estate properties; Thereby violating the 4th AMENDMENT of the United States Constitution.

4) Against our objections and opposition, Defendants and the Government of the United States Virgin Islands created and constructed a dangerous "temporary access passageway - roadway" on our valuable private real estate properties to connect to the "private dead-end one-lane dirt-road." (See Evidentiary Facts Photographs Exhibits Nos. 15 and 16 showing the private dead-end one-lane dirt-road). Thereby,

coerced, compelled and forced Albert and Maria Callwood and our valuable private real estate properties to work involuntarily to furnish, provide, perform and render roadway- passageway services and activities for four (4) or five (5) private homes located in that area. Instead of the Government repairing and fixing their own property access roadway - passageway (which is only approximately 110 feet long and 20 feet wide) that connect and leads directly into the area of those private homes, they unreasonable seized Albert and Maria Callwood private real estate properties and constructed an unconstitutional and unlawful roadway on Plaintiffs land. (See Evidentiary Fact Exhibit Photograph No. 17 showing Government of the United States Virgin Islands "OWN" access roadway that connect directly to the "private dead-end one-lane dirt-road.") This Government roadway is currently dilapidated, deteriorated and in disrepair due to neglect, and is prohibited from being used. Temporary (period-of-time) represents two (2) years or less. Presently the Government of the United States Virgin Islands has been unconstitutionally, unlawfully and illegally possessing, occupying, controlling, withholding, exploiting and utilizing Albert and Maria Callwood valuable hillside private real estate properties for daily roadway services for a permanent period of 1,460 days.

5) Defendants and the Government of the United States Virgin Islands "unreasonable seized" and caused destructive

damages and blight run-down deteriorated conditions on Albert and Maria Callwood valuable private real estate properties without probable cause (with force) in direct violations of the Constitution of the United States of America – citizens' Fourth (4th) and Fourteenth (14th) AMENDMENT Rights. The unconstitutional and unlawful possession, occupation, controlling, withholding and daily utilization services of our valuable private real estate properties are directly violating, infringing, intruding, invading, abridging, encroaching, depriving, denying, transgressing, trespassing, interfering, impeding, restricting, obstructing and delaying our rights to use our land and the progressive development plans we have for our properties. Thereby, violating the United States Constitution and our Constitutional Rights and Privileges. The Fourteenth (14th) AMENDMENT emphatically says, "No state shall make or enforce any law which shall abridge (take away or restrict) the rights, privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law (which refers to a fair COURT TRIAL using fair legal practices, rules and procedures followed by the court); nor deny to any person within its jurisdiction the equal protection of the law."

6) **Without our consent, Defendants and the Government of the United States Virgin Islands created, conducted, and administered illegal "commerce" (the business exchange of work and services for money) on Albert and Maria Callwood valuable hillside private real estate properties in the construction process of creating the temporary access roadway - passageway on our land. Defendants and the Government of the United States Virgin Islands unconstitutionally and unlawfully engaged in unjust enrichment, in profitable, beneficial financial transactions and business deals for themselves and their associates at the expense of Albert and Maria Callwood private real estate properties by means of illegally profiteering off of Albert and Maria Callwood valuable land. Instead of repairing and putting back in usable condition the Government of the United States Virgin Islands own access roadway - passageway property. Everyone involved in the operation and hired in the illegal commerce, business, commercial work, utilization, services and activities on our private properties (cash-in) realized and obtained substantial profits, gains and benefits off our properties, while at the same time, Albert and Maria Callwood were exploited, used, utilized, capitalized on and forcefully made to suffer significant actual and direct financial and property damages and losses. The United States Constitution - ARTICLE 1. - SECTION 8. clearly says that, "The Congress shall have the power to regulate commerce (business) among the states." Therefore,**

Albert and Maria Callwood must also be equally compensated (remunerated) for the commerce, for the daily business occupation, utilization and roadway services of our properties, and for the business ventures and operations that illegally transpired on our valuable private real estate properties.

7) In order for Albert and Maria Callwood to lawfully support, secure, maintain, defend, protect and retain our rightfully and legally own valuable private real estate properties, we were coerced, compelled and forced for twelve (12) years (beginning in the year 2006) into filing and litigating fifteen (15) expensive Civil Lawsuits Cases in the United States Federal District Court of the Virgin Islands in "self-defense" against the Government of the United States Virgin Islands and Defendants numerous unreasonable seizures attempts to unconstitutionally and unlawfully confiscate, seize, take and steal our valuable hard-earned private real estate properties. As the exclusive and absolute real estate property owners and law-abiding citizens of the United States, the First (1st), Fourth (4th), Thirteenth (13th) and Fourteenth (14th) AMENDMENTS of The Constitution of the United States of America guarantee and give Albert and Maria Callwood permanent assurance, rights, privileges and immunities to claim, seek, request, demand and receive Constitutional Justifiable Compensation. In the United States of America and in its territories, when individuals and citizens are

coerced and compelled to work or hired to work and provide, render and perform services and activities for another person or entity, the (authoritative legal doctrine) "rule of law" is that they must be paid and compensated. That is in accordance with the written laws of The Constitution of the United States - AMENDMENT 13. SECTION 1. All of the Government officers, officials, employees, workers, judges and judicial officers that were involved in creating and perpetuating the "fraudulent, unconstitutional, unlawful, unreasonable seizures attempt cases" against Albert and Maria Callwood private real estate properties were compensated and paid for their fraudulent — deceitful - swindling work, labor and services. Therefore, Albert and Maria Callwood, according to the United States Constitution, must also be equally compensated and paid.

8) Defendants and the Government of the United States Virgin Islands created and made unconstitutional — unlawful - illegal "OBLIGATION OF CONTRACTS" - UNILATERALLY between themselves and Albert and Maria Callwood when they forcefully entered, unreasonable seized and constructed a dangerous "temporary access roadway - passageway" on Albert and Maria Callwood valuable hillside private real estate properties, without our consent and against our objections and opposition. Thereby, unlawfully taking control, occupation and illegally withholding possession of a substantial portion of our land. Causing us deprivation of

properties, lost enjoyment of our properties and lost economical investment opportunities for "not" having full control of our entire properties. Consequently, resulting in Defendants and the Government of the United States Virgin Islands coercing, compelling and forcing Albert and Maria Callwood and our valuable private real estate properties to "work" and "labor" involuntarily to furnish, supply, provide, perform and render litigation attorney work and roadway - passageway services and activities. "The elements of OBLIGATION - OF - CONTRACTS are: the parties, an object, the relationship by virtue of which one party is bound to perform for other's benefit, and in the case of conventional OBLIGATION, a cause." ARTICLE 1. SECTION 10. of The Constitution of the United States emphatically says, "No state shall pass any law impairing (harming or damaging) the obligation (legal or moral duties involve) of contracts." The Defendants and the Government of the United States Virgin Islands, according to The Constitution of the United States of America, are therefore contractually and financially responsible, liable, indebted and obligated to compensate (remunerate) Albert and Maria Callwood for the coerced and compelled usage and utilization services and activities of our private real estate properties, and for the damages, losses harm and injuries inflicted and imposed on us.

The Constitution of the United States of America, "the supreme law of the land" guarantees all its citizens their fundamental entitlement rights to a fair TRIAL as follows:

a) The Constitution of the United States – the supreme law of the land – ARTICLE I. – SECTION 9. Powers Denied Congress, clearly says, "No Bill of Attainder or ex post facto law shall be passed." SECTION 10. Powers Denied the states, clearly and emphatically says, "No state shall pass any Bill of Attainder or ex post facto law (a law that punishes a single individual and denies him or her the right to a TRIAL."

b) ARTICLE I. – SECTION 9. clearly and emphatically says, "No Title of Nobility shall be granted by the United States." SECTION 10. emphatically says, "No states shall pass any Title of Nobility (mark of rank raising a person above other citizens and in some cases above the law)." Therefore, no one is above the law, not even Federal District Court Judge, Curtis V. Gomez, or Glenda L. Lake, Clerk of Court. They must follow the law. They cannot deny nor deprive United States citizens of their rights to a fair TRIAL.

United States citizens' rights to a fair TRIAL are secured, ensured, protected, supported and guaranteed by The Constitution of the United States of America – citizens' Bill of Rights as follows:

A) **AMENDMENT 1.** – Citizens' FIRST AMENDMENT RIGHTS give citizens the rights to protect themselves against fraudulent, swindling and damaging insults spoken or written about them or damages, losses, harm and injuries inflicted upon them by civil lawsuits TRIAL.

B) **AMENDMENT 4.** – "The right of the people to be secure in their person, house, paper, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and person or things to be seized." By denying and depriving Albert and Maria Callwood of a fair TRIAL, the Federal District Court, Curtis V. Gomez, District Court Judge, and Glenda L. Lake, Clerk of Court, are in effect unreasonable seizing, defrauding, swindling and criminally stealing our valuable hillside land and properties from us. And denying us of our Constitutional Rights, Privileges, Immunities, and equal protection of the law.

C) **AMENDMENT 5.** – "Citizens shall not be deprived of life, liberty, or property, without due process of law." "Due process of law" includes a COURT CASE TRIAL based on fair legal proceedings and practices followed by the COURTS and based upon fair laws and The Constitution of the United States. The Fourteenth

(14th) Amendment places this same restriction on the states and Federal Courts.

D) AMENDMENT 6. – "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public TRIAL." The fact that the "accused Defendants" in this action and matter did NOT attended NOR appeared at any of the SCHEDULED STATUS COURT CONFERENCE HEARINGS nor the SCHEDULED TRIAL are indications of "NO CONTEST" and GUILTY ADMISSION AND CONFESSION ON THEIR BEHALF.

E) AMENDMENT 7. – "In suits at common law, where the value in controversy shall exceed twenty dollars, the right of TRIAL by jury shall be preserved." Citizens' right to a TRIAL is an entitled enforceable right to claim and a Constitutional entitlement right that is guaranteed and promised to all United States citizens by the United States Constitution.

F) AMENDMENT 9. – "The enumeration in the constitution of certain rights shall not be construed (interpreted - explained - translated) to deny or disparage (to discredit - lower in rank - belittle) others retained by the people."

G) AMENDMENT 14 - "No state shall make or enforce any law which shall abridge (take away or restrict) the privileges or immunities (protection) of citizens of the United States; Nor shall any state deprive any person of

life, liberty, or property without due process of law; Nor deny to any person within its jurisdiction the equal protection of the law." "Due process of law" involves a TRIAL in a COURT – OF – LAW based upon the following of fair legal proceedings, fair legal practices, fair laws, and upon the written laws of the United States Constitution.

"Federal Rules of Civil Procedure, body of procedural rules governing civil actions in federal courts. Two central elements of civil process covered by the rules are discovery and pretrial conference."   The Government of the United States Virgin Islands and the Defendants did not attend nor appeared at any of the Scheduled Pretrial Status Conference Hearings for Civil Court Cases Nos.  2014-08 or 2014-09 nor attended the scheduled TRIAL on February 21, 2017.

"The Steps in Federal Rules of Civil Procedure consists of four  fairly well-defined phases: (1) pleadings, (2) discovery, (3) TRIAL and JUDGMENT, and (4) conclusion of litigation."

"Phase 1:  Pleadings refers to the series of written claims and defenses that establish what is in controversy or at issue, on what grounds the action is being based, and who is involved."

45

"Complaint: As the first step in a civil lawsuit, the plaintiff files a complaint, which may also be known as a petition or a declaration, against the defendant. The complaint states the specific injury suffered by the plaintiff, the acts of the defendant alleged to have caused that injury, and the remedy, as damages, being sought."

"Summons: The defendant must be given positive notice that a complaint has been filed and that a response to the complaint must be made. This notice is called a summons, and in most states it must be served with a copy of the complaint. Once the action has been initiated by filing and serving the complaint and summons, it cannot be terminated unless specified legal steps are taken. Also, once notice is received, the defendant must make some response to the summons and complaint within a specified time in order to avoid a default judgment."

"Objections: Rules of court procedure require that a complaint be clear, definite, and complete and that it be prepared in accordance with the law and the rules of the court."

"Answer: The next step in a civil action is the preparation of an answer, in which the defendant responds to the factual allegations in the complaint."

"Phase 2: Discovery involves attempt to locate all witnesses and uncover all evidence and facts."

"Subpoena:  When witnesses are required to give testimony in court, they must receive official notice that they are to appear.  This notice is called subpoena. This document tells a person to appear at a specified time and place with those particular exhibits (documents, photographs, or other items) related to the suit."

"Pretrial Conference: After all preliminary work has been completed and the case has been set for trial, the attorneys of record may meet with the judge to discuss the issues involved in the lawsuit.  At a pretrial  conference the attorneys discuss the issues, the allegations, and the facts involved in the case." The Government of the United States Virgin Islands, Island Roads Corporation and Defendants deliberately did not attend any of the Scheduled Pretrial Status Conference Hearings in previous Civil Lawsuit Cases Nos. 2014-08 and 2014-09.   Therefore, "DEFAULT   JUDGMENT"   and "DECREE  PRO  CONFESSO"  should be entered for the Plaintiffs, Albert and Maria Callwood.

"Phase 3: TRIAL  AND  JUDGMENT: If a case cannot be settled by mutual agreement and if there are no grounds for dismissal or default, the case must go to TRIAL for a decision on the merits.  Rules have been developed which carefully

prescribe the procedures to be followed for setting the matter for TRIAL, conducting the TRIAL, and entering the judgment of the court." The Government of the United States Virgin Islands and the Defendants did not attended the scheduled TRIAL on February 21, 2017.

"Phase 4: Conclusion of litigation: After the court hands down a judgment, the losing party has several option; (1) to satisfy the judgment (as by paying the damages); (2) to fail to perform satisfaction, in which case the prevailing party may have to take measures to enforce the judgment (as by attaching the losing party's property)."

"Satisfaction: The judgment is a court order requiring the losing party to provide satisfaction in some manner to the prevailing party. Satisfaction may take several forms: the losing party may be required to pay court cost and monetary damages to the prevailing party, or to stop certain action to which the other party objects. Once satisfaction has been made, the court must be given a document indicating that the judgment has been satisfactorily carried out. In settling court costs the prevailing party must submit for the court's approval a statement of all recoverable expenses incurred in the course of litigation. When the prevailing party has been paid all money owed, both damages and costs prevailing attorney files a document stating the amount of money

received and declaring that full satisfaction of claim has been made."

"If the losing party fails to provide satisfaction as adjudged, various special proceeding may take place that could result in the seizure of person or property by the court."

The Defendants (who took an oath or affirmation to support and uphold the United States Constitution) find themselves in a position where it is impossible to defend against the United States Constitution and the evidentiary facts. The main reason there was NOT A COURT CASE TRIAL for Albert and Maria Callwood was because Defendants did not have enough courage to attend Court TRIAL proceeding in attempt to defend themselves against the United States Constitution and the accusations. The evidentiary facts reveal wrongdoings by the Defendants against Albert and Maria Callwood valuable hillside private real estate properties that are so overwhelming, irrefutable, indisputable and indefensible that they implemented the strategical plans of not to attend any Scheduled Court Status Pretrial Conference Hearings nor the TRIAL.

It appears that the Defendants and the Government of the United States Virgin Islands strategy plans were not to worry or be concerned for the Federal District Court and Curtis V. Gomez, District Court Judge, have their backs. For

eventually at some period and interval in the Lawsuit Civil Court Case 2014-09 proceeding the District Court Judge, Curtis V. Gomez plan was to OBSTRUCT JUSTICE by impeding, stopping and "dismissing" Albert and Maria Callwood Lawsuit Civil Court Case 2014-09 without probable cause, without merit, and without a TRIAL.

From the very beginning of the Court proceedings, the accused Defendants had no intention of attending nor appearing at any Federal District Court actions, requirements, Pretrial Scheduled Hearings, or TRIAL. So, to prevent the TRIAL of February 21, 2017 from taking place, happening and occurring, they utilized the fraudulent, falsified, bogus, fake documents scheme as a scam, as a deception, as a trickery and as a defensive-excuse alibi in attempt to be released of their OBLIGATIONS and LIABILITIES to Albert and Maria Callwood and defeat justice and the law. The foregoing was done specifically and precisely by Defendants and the Government of the United States Virgin Islands in attempt to avoid the total and complete DEFAULT JUDGMENT, FORFEITURE and FAILURES.

The Federal Civil Judicial Procedure and Rules #455: Disqualification of justice, judge, or magistrate judge, emphatically says, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any

proceeding in which his impartiality might reasonably be questioned: (b) He shall also disqualify himself in the following circumstances: (1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding."

The right to a TRIAL by JURY is hereby officially filed and demanded and shall be preserved in accordance with The Constitution of the United States of America – citizens' Bill of Rights – 1st AMENDMENT RIGHTS, 7th AMENDMENT RIGHTS and the Federal Rules of Civil Procedure Rule 38. and Rule 39. Plaintiffs, Albert and Maria Callwood, are respectfully requesting the right to a speedy JURY TRIAL.

Respectfully Submitted
January 23, 2018

Mr. Albert W. Callwood
Mrs. Maria de los A. Callwood
P. O. Box 308280
St. Thomas, United States Virgin Islands 00803
Phone # (340)642-6629 or (340)244-4022