# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF** <br> **ANNE E. THOMPSON** <br> **JUDGE** | **U.S. COURTHOUSE** <br> **402 E. STATE STREET** <br> **ROOM 4000** <br> **TRENTON, NJ 08608** <br> **(609) 989-2123** |

## **LETTER ORDER**[1]

To: Plaintiffs
Re: *Callwood v. deJongh, Jr.* et al. (Civ. No. 18-04)

October 25, 2019

Dear Plaintiffs,

    On May 2, 2019, this Court issued a Letter Order (ECF No. 49). The Letter Order requested that (a) Plaintiffs submit any documentation showing whether Defendants Clerk Glenda L. Lake and Judge Curtis V. Gomez had been served, and that (b) Plaintiffs advise the Court as to whether Plaintiffs would seek default judgment against the remaining Defendants under Rule 55 of the Federal Rules of Civil Procedure. The Court directed Plaintiffs to respond by May 13, 2019.

    Because Plaintiffs have failed to comply with the Court's previous Letter Order, Plaintiffs have 10 days from the date of this Order to comply with the Court's previous Letter Order (ECF No. 49). If Plaintiffs do not comply, the Court will dismiss this matter for lack of prosecution.

Very truly yours,

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.

cc:  All Parties and Counsel

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation in the United States District Court for the District of the Virgin Islands.