NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ALBERT W. CALLWOOD and MARIA DE LOS A. CALLWOOD, | |
| Plaintiffs, | Civ. No. 18-04 |
| v. | **ORDER** |
| JOHN DEJONGH JR., DARRYL SMALLS, ISLANDS ROADS CORPORATION, GOVERNMENT of the VIRGIN ISLANDS, JUDGE CURTIS V. GOMEZ, and CLERK GLENDA L. LAKE, | |
| Defendants. | |

THOMPSON, U.S.D.J.[1]

    For the reasons stated in this Court's Opinion on this same day,

    IT IS, on this 8th day of November, 2019,

    ORDERED that this case is DISMISSED; and it is further

    ORDERED that the Clerk of the Court shall CLOSE this case.

                                             */s/ Anne E. Thompson*
                                             ANNE E. THOMPSON, U.S.D.J.

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

1